**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Interest of H.C.L., a Child

Appellate case number:   01-22-00333-CV

Trial court case number:  2018-01779J

Trial court:                    313th District Court of Harris County

      Appellant, L.C., has filed an Unopposed First Motion for Extension of Time to File Appellant's Brief, requesting that the deadline for his brief be extended to July 8, 2022. Appellant's motion is **granted.**

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                             Acting individually


Date:  June 9, 2022